# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | NO. 4:00-CR-0281-02 |
| : | |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **JOHN CIOFFI MUSSARE, III,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 22nd day of January, 2013, upon consideration of the Motion that the United States Marshal's Service Transport John Cioffi Mussare, III, Closer to Counsel for Attorney/Client Conferences (Doc. 518), it is hereby ORDERED that said motion is GRANTED. The United States Marshal's Service shall transport John Cioffi Mussare, III, from FCI Fort Dix, New Jersey, to an institution in close proximity to Williamsport, Pennsylvania, as soon as possible after transfers are permissible from FCI Fort Dix.

S/Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge