# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO 4:00-CR-0281** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JOHN CIOFFI MUSSARE, III** | : | |

## **ORDER**

AND NOW, this 16th day of October, 2013, upon consideration of the motion (Doc. 463) to vacate, set aside, or correct sentence filed by defendant John Cioffi Mussare, III, ("Mussare"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion to vacate, set aside, or correct sentence (Doc. 463) filed by Mussare is DENIED.

2. The court finds no basis to issue a certificate of appealability. See FED. R. APP. P. 22(b)(1); 28 U.S.C. § 2253.

                                    /S/ CHRISTOPHER C. CONNER
                                    CHRISTOPHER C. CONNER
                                    Chief Judge, Middle District of Pennsylvania